IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS F. RISELEY,

    Petitioner,                    No. CIV S-04-2417 DFL JFM P

    vs.

WARDEN, PLEASANT
VALLEY STATE PRISON,

    Respondent.                  FINDINGS & RECOMMENDATIONS

                              /

        By order filed June 8, 2005, petitioner was ordered to file a motion to stay these proceedings or file a request to voluntarily dismiss his sixth and seventh claims, as petitioner's application is a mixed petition containing both exhausted and unexhausted claims for relief. That order was returned marked undeliverable. On June 16, 2005, the order was re-served to plaintiff at his current address of record. On June 20, 2005, that order was returned marked undeliverable, "inmate no longer at MCSP." Thirty days from that re-service date have now expired, and petitioner has not filed a motion to stay or a request to voluntarily dismiss his two unexhausted claims or otherwise responded to the court's order.

        Although it appears from the file that petitioner's copies of the order were returned, petitioner was properly served. It is the petitioner's responsibility to keep the court

1

1 apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of
2 documents at the record address of the party is fully effective.
3       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
4 without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).
5       These findings and recommendations are submitted to the United States District
6 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
7 days after being served with these findings and recommendations, petitioner may file written
8 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
10 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
11 F.2d 1153 (9th Cir. 1991).
12 DATED:   July 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

16 /001;rise2417.ftc