IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS F. RISELEY,

    Petitioner,               No. CIV S-04-2417 DFL JFM P

    vs.

WARDEN, PLEASANT VALLEY STATE PRISON,

    Respondents.               ORDER

                                  /

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 13, 2006, petitioner filed a request for writ of mandamus. It appears petitioner is attempting to invoke the court's mandamus power under 28 U.S.C. § 1361 in an effort to obtain a substantive ruling on the underlying merits of the habeas petition. However, as petitioner has been informed numerous times, this court cannot proceed on a mixed petition that contains both exhausted and unexhausted claims. This court cannot reach the merits of petitioner's habeas petition until a fully exhausted petition is before the court. Rose v. Lundy, 455 U.S. 509, 510 (1982). Indeed, this court cannot order respondent to answer the petition until a fully exhausted petition is on file.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's July 13, 2006 request
2  writ of mandamus is denied.
3  DATED:  3/2/2007
4                                         /s/ David F. Levi
                                       U.S. DISTRICT COURT JUDGE

/rise2417.805hc