IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS F. RISELEY,

    Petitioner,               No. CIV S-04-2417 DFL JFM P

    vs.

WARDEN, PLEASANT VALLEY STATE PRISON,

    Respondent.             ORDER

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 20, 2007 and April 26, 2007, petitioner notified the court that he had been deprived of his legal materials and requested the court send him a copy of the documents enclosed in his filing signed on or about July 9, 2006. (Docket No. 41.) Good cause appearing, the Clerk of the Court will be directed to provide petitioner with a copy of petitioner's November 12, 2004 nine page petition for writ of habeas corpus and a copy of petitioner's July 13, 2006 filing. Petitioner will be granted a brief extension of time to comply with this court's April 9, 2007 order.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 20, 2007 and April 26, 2007 requests are granted.

2. The Clerk of the Court shall send petitioner copies of petitioner's November 12, 2004 nine-page petition for writ of habeas corpus (Docket No. 1) and petitioner's July 13, 2006 filing (Docket No. 41).

3. Petitioner is granted until June 4, 2007 in which to file an amended petition pursuant to this court's April 9, 2007 order.

DATED: April 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; rise2417.ext