1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS F. RISELEY,

11            Petitioner,                    No. CIV S-04-2417 RBB JFM P

12        vs.

13
     WARDEN, PLEASANT VALLEY
14   STATE PRISON,

15            Respondent.               FINDINGS & RECOMMENDATIONS

16   _____/

17            By order filed April 9, 2007, petitioner was granted thirty days' leave to file an

18   amended petition raising only exhausted claims one through five.  On April 30, 2007, petitioner

19   was granted an extension of time until June 4, 2007 in which to file his amended petition.  That

20   date has now passed, and petitioner has not filed an amended petition or otherwise responded to

21   the court's order.

22            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

24            These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

26   days after being served with these findings and recommendations, petitioner may file written

                                              1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  June 13, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; rise2417.fta