IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS F. RISELEY,

    Petitioner,                       No. CIV S-04-2417 RBB JFM P

    vs.

WARDEN, PLEASANT VALLEY STATE PRISON,

    Respondent.                   ORDER

_____/

        On December 12, 2007, petitioner filed a letter in response to the November 28, 2007 judgment dismissing the instant action. Petitioner claims he filed objections to the findings and recommendations filed June 13, 2007. Petitioner reiterates that the State Court of Appeal refuses to answer his writ and seeks this court's assistance in ordering the state appeals court to answer the writ so that petitioner may proceed to the California Supreme Court. On November 26, 2007, petitioner filed a letter stating that the Department of Corrections had lost his legal property and asked the court to provide petitioner with another set of documents to serve on the First District Court of Appeal and the California Supreme Court, and asked this court whether petitioner should serve anyone else. Petitioner inquired whether this court could directly serve those courts and send petitioner a copy as well.

1    First, the Clerk's Office does not provide copies of documents to parties.  Copies of documents may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814.  Their phone number is 916-441-4396.  The court will provide copies of the docket sheet at $0.50 per page.  Checks in the exact amount are made payable to "Clerk, USDC."  In forma pauperis status does not include the cost of copies.  Second, this court does not offer legal advice nor render advisory opinions.

Third, this action is now closed.  The docket in this case does not reflect that petitioner filed objections to the June 13, 2007 findings and recommendations.  But in any event, for this action to proceed, petitioner was required to file an amended petition raising only exhausted claims.  See April 9, 2007 Order.[1]  Petitioner failed to do so, and the action was dismissed on November 28, 2007.

Because this action is now closed, any further documents filed by petitioner will be disregarded.  No orders will issue in response to future filings.

IT IS HEREBY ORDERED that petitioner's November 26, 2007 and December 12, 2007 filings will be placed in the court file and disregarded.

DATED: December 18, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; rise2417.cuo

---

[1] Indeed, the court has attempted to ensure compliance with Rhines v. Weber, 544 U.S. 269, 278 (2005), since June 8, 2005.  (See also April 19, 2006 Order; June 14, 2006 Findings and Recommendations.)  Federal proceedings may not be stayed indefinitely, and reasonable time limits must be imposed on a petitioner's return to state court to exhaust additional claims.  Id. at 277-78.